**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2649**

_____

KENNETH T. BOSLEY,

Plaintiff - Appellant,

versus

JAMES S. RIEPE; JOHN B. HOWARD; ADENA W.
TESTA; EDWARD H. BERGE; GAIL P. RIEPE; MICHAEL
DAVID TESTA; MELISSA L. BERGE; JAMES DORSEY
BROWN, III; CHRISTINE WEBER BROWN; WESTERN RUN
COMPANY, L.C.; COLD BOTTOM, L.L.C.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. John R. Hargrove, Senior District Judge.
(CA-95-1190-HAR)

_____

Submitted: April 15, 1996          Decided: April 22, 1996

_____

Before ERVIN and MOTZ,[*] Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

_____

[*] Judge Motz did not participate in consideration of this
case. The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

Kenneth T. Bosley, Appellant Pro Se.  John Henry Lewin, Jr., VENABLE, BAETJER & HOWARD, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his claim under the Racketeering Influenced and Corrupt Organization Act, 18 U.S.C.A. §§ 1961-1968 (West 1985 & Supp. 1995). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we deny Appellees' motion to dismiss the appeal, we affirm on the reasoning of the district court. Bosley v. Riepe, No. CA-95-1190-HAR (D. Md. July 26, 1995). In light of this disposition, we deny Appellees' motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED